*E-Filed 8/23/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DANNY GREG UECKER, | No. C 10-3074 RS (PR) |
| Petitioner, | **ORDER OF DISMISSAL** |
| v. | |
| JAMES A. YATES, Warden, | |
| Respondent. | |

This is a federal habeas corpus action filed by a *pro se* state prisoner pursuant to 28 U.S.C. § 2254. Petitioner was ordered to file a complete application to proceed *in forma pauperis* ("IFP"), or pay the filing fee of $5.00, by August 13, 2010, or face dismissal of the action. Petitioner has not filed an IFP application, or paid the filing fee. Accordingly, the action is DISMISSED without prejudice to petitioner paying the filing fee or filing a complete IFP application. Petitioner's motion to stay federal proceedings (Docket No. 1) is DENIED. This order terminates Docket No. 1.

The Clerk shall enter judgment in favor of respondent, terminate the pending motion and close the file.

**IT IS SO ORDERED**.

DATED: August 23, 2010

*[signature]*
RICHARD SEEBORG
United States District Judge