1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DANNY GREG UECKER,

11                 Petitioner,                    No. CIV S-10-2291 LKK EFB P

12        vs.

13   JAMES A. YATES,

14                 Respondent.              <u>ORDER</u>

15   _____/

16        Petitioner is a state prisoner without counsel seeking a writ of habeas corpus.  *See* 28

17   U.S.C. § 2254.  On July 13, 2010, he requested that this action be stayed and held in abeyance

18   pending the California Supreme Court's ruling on his petition in case number S180516, which

19   was filed on February 24, 2010.  Dckt. No. 1.  A review of the California Supreme Court's

20   docket shows that petitioner's application in case number S180516 was denied on September 22,

21   2010.[1]  In light of this denial, petitioner's request to stay this action will be denied as moot.

22   ////

23   ////

24   ////

25   _____

26        [1] A court may take judicial notice of court records.  *See MGIC Indem. Co. v. Weisman*, 803 F.2d 500, 505 (9th Cir. 1986); *United States v. Wilson*, 631 F.2d 118, 119 (9th Cir. 1980).

1

1        Accordingly, IT IS HEREBY ORDERED that petitioner's July 13, 2010 motion to stay

2   this action is denied as moot.

3   Dated:  February 7, 2011.

4                                   EDMUND F. BRENNAN
                                    UNITED STATES MAGISTRATE JUDGE
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26